961 F.2d 1569
 Vito (Emanuel J.)
v.
Bray (Larry), McCormick (Robert), Cimacasky (Richard),
Knitter (Thomas), Bavaria (Thomas), George (Kenney), Serfass
(Robert), Flyte (Clayton), Powell (Roxanne), Ceraul (David),
Molnar (John), Lysek (Stanley), Albanese (Leroy), Philips
(Milton), Baker (David), Sabia (Tony), Prichard (Richard),
Dearment (Douglas), Bushkirk (David), Blue Mountain
Consolidated Water Company, Borough of Wind Gap, Wind Gap
Borough, Wind Gap Planning Commissioner
 NO. 91-1866
 United States Court of Appeals,
Third Circuit.
 Apr 10, 1992
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.